PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
JOANN BABIAK (SBN 209535)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@ropers.com;
kcurry@ropers.com; jbabiak@ropers.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SPEARS,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, DOES 1 TO 10, inclusive,<br><br>Defendants. | CASE NO. C 07 4705 MEJ<br><br>**PROOF OF SERVICE**<br><br>(Formerly Contra Costa County Superior Court Number C 07 01659) |

See attached proof of service.

RC1/5009727.1/CM3 - 1 - CASE NO. C 07 4705 MEJ

| | |
|---|---|
| CASE NAME: | <u>Spears v. Liberty Life Assurance Company of Boston</u> |
| ACTION NO.: | <u>C 07 – 04705 MEJ</u> |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 1001 Marshall Street, Suite 300, Redwood City, CA 94063. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

- Civil Cover Sheet
- Order Setting Initial Case Management Conference and ADR Deadlines
- ECF Registration Information Handout
- Public Notice
- Notice of Assignment of Case to A United States Magistrate Judge for Trial
- Welcome to the U. S. District Court, San Francisco
- Petition for Removal of Civil Action Under 28 U.S.C. §1441(b) [Diversity Jurisdiction]
- Declaration of Pamela E. Cogan in Support of Defendant's Petition for Removal of Civil Action Under 28 U.S.C. §1441(b)

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

ServiceList

Frank N. Darras
Shernoff Bidart & Darras, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761

RC1/5008891.1/EA2

PROOF OF SERVICE
CASE NO. C 07 4705 MEJ

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1
2
3   ☒   *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
4
5   Executed on September 13, 2007, at Redwood City, California.
6
    *(signature)*
    Cynthia Murphy
7
8
...
28

RC1/5008891 1/EA2                - 2 -                PROOF OF SERVICE
                                                      CASE NO. C 07 4705 MEJ

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City