UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA SPEARS

Plaintiff(s),

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and Does 1 through 10, inclusive

Defendant(s).

No. C 07 - 04705 MEJ

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 9/20/07

Signature _____

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")