FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Email: fdarras@sbd-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MONICA SPEARS, | Case No.: C 07-04705 MEJ |
|---|---|
| Plaintiff, | PLAINTIFF'S NOTICE OF INTERESTED PARTIES |
| vs. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | |
| Defendant. | |

TO THE COURT:

The undersigned, counsel of record for plaintiff, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON.

Dated: October 29, 2007

SHERNOFF BIDART & DARRAS, LLP

FRANK N. DARRAS
Attorneys for Plaintiff

Monica Spears v. Liberty
Case No: C 07-04705 MEJ

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **October 29, 2007**, I served the foregoing document described as:

PLAINTIFF'S NOTICE OF INTERESTED PARTIES

on all interested parties in this action by placing [ ] the original [ x ]a true copy thereof enclosed in sealed envelopes addressed as follows:

Pamela E. Cogan, Esq.
Kathryn Curry, Esq.
ROPERS MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Phone: (650) 364-8200
Fax: (650) 780-1701

**Attorneys for Defendant: LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

[ x ]BY MAIL
   I caused such envelope to be deposited in the mail at Ontario, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ]BY PERSONAL SERVICE
   I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ]BY OVERNIGHT MAIL/COURIER
   To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ]BY FACSIMILE ("FAX")
   In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **October 29, 2007**, at Ontario, California.

_____
Catherine Carvalho