**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

MONICA SPEARS,            )
              Plaintiff (s)  )   CASE NO. C-07-4705 MEJ
     v.            )
                            )   **NOTICE OF IMPENDING**
                            )   **REASSIGNMENT TO A**
LIBERTY LIFE ASSURANCE CO. OF  )   **UNITED STATES**
BOSTON,          )   **DISTRICT COURT JUDGE**
                            )
              Defendant (s)   )

     The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__  (1)  One or more of the parties has requested reassignment to a United States District Judge, or

_____  (2)  One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____  (3)  One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

     All previous hearing dates are hereby **VACATED.**

Dated:   October 31, 2007

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk