FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   (909) 390-3770
Facsimile:    (909) 974-2121
Email: fdarras@sbd-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA SPEARS,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Case No.: C 07-04705 MJJ<br><br>PLAINTIFF'S NOTICE OF SETTLEMENT<br><br>Date Action Filed:   August 3, 2007 |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within 30 days.

Dated: November 16, 2007                SHERNOFF BIDART & DARRAS, LLP

                                                                  /s/ Frank N. Darras
                                                                  FRANK N. DARRAS
                                                                  Attorneys for Plaintiff

- 1 -
PLAINTIFF'S NOTICE OF SETTLEMENT

Monica Spears v. Liberty
Case No: C 07-04705 MJJ

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **November 16, 2007**, I served the foregoing document described as:

PLAINTIFF'S NOTICE OF SETTLEMENT

on all interested parties in this action by placing [ ] the original [ x ]a true copy thereof enclosed in sealed envelopes addressed as follows:

**Pamela E. Cogan, Esq.
Kathryn Curry, Esq.
ROPERS MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Phone: (650) 364-8200
Fax: (650) 780-1701**

**Attorneys for Defendant: LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

[ x ]BY MAIL
    I caused such envelope to be deposited in the mail at Ontario, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ]BY PERSONAL SERVICE
    I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ]BY OVERNIGHT MAIL/COURIER
    To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ]BY FACSIMILE ("FAX")
    In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **November 16, 2007**, at Ontario, California.

_____
Catherine Carvalho