11/30/2007 14:30 FAX 650 780 1701        ROPERS MAJESKI RWC                    ☒003

1  PAMELA E. COGAN (SBN 105089)
   KATHRYN C. CURRY (SBN 157099)
2  JOANN BABIAK (SBN 209535)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street
   Redwood City, CA 94063
4  Telephone: (650) 364-8200
   Facsimile: (650) 780-1701
5
   Attorneys for Defendant
6  LIBERTY LIFE ASSURANCE COMPANY OF
   BOSTON
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  MONICA SPEARS,                    CASE NO. C-07-4705 MJJ

12           Plaintiff,                STIPULATION AND [PROPOSED]
                                       ORDER OF DISMISSAL
13  v.

14  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON,
15
             Defendant.
16

17    WHEREAS the parties have reached a settlement in this action;

18    IT IS HEREBY STIPULATED by and between the parties that the above-captioned

19  action be dismissed with prejudice. Each party shall bear its own fees and costs.

20    IT IS SO STIPULATED.

21  Dated: November 26, 2007
          December                    SHERNOFF BIDART & DARRAS, LLP
22

23                                    By: _____
24                                        FRANK N. DARRAS
                                          Attorney for Plaintiff
25                                        MONICA SPEARS

26

27

28

RC1/5023320.1/JUB            - 1 -      STIPULATION AND PROPOSED ORDER OF DISMISSAL -
                                        C074705 MJJW

Dated: ~~November~~ December 28, 2007        ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
JOANN BABIAK
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

## ORDER

PURSUANT TO STIPULATION IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party shall bear its own fees and costs.

Date: _____        _____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE