11/30/2007 14:30 FAX 650 780 1701   ROPERS MAJESKI RWC   ☒003

1  PAMELA E. COGAN (SBN 105089)
   KATHRYN C. CURRY (SBN 157099)
2  JOANN BABIAK (SBN 209535)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street
   Redwood City, CA 94063
4  Telephone: (650) 364-8200
   Facsimile: (650) 780-1701
5
   Attorneys for Defendant
6  LIBERTY LIFE ASSURANCE COMPANY OF
   BOSTON
7

FILED
JAN 0 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11  MONICA SPEARS,                    CASE NO. C-07-4705 MJJ
12              Plaintiff,             STIPULATION AND [PROPOSED]
                                       ORDER OF DISMISSAL
13  v.
14  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON,
15
                Defendant.
16

17  WHEREAS the parties have reached a settlement in this action;

18  IT IS HEREBY STIPULATED by and between the parties that the above-captioned
19  action be dismissed with prejudice. Each party shall bear its own fees and costs.

20  IT IS SO STIPULATED.

21  Dated: November ~~November~~ December 2007    SHERNOFF BIDART & DARRAS, LLP

        By: _____
            FRANK N. DARRAS
            Attorney for Plaintiff
            MONICA SPEARS

RC1/5023320.1/JUB           - 1 -       STIPULATION AND PROPOSED ORDER OF DISMISSAL -
                                        C074795 MJJ

11/30/2007 14:30 FAX 650 780 1701     ROPERS MAJESKI RWC     ☒004

1  Dated: ~~November~~ December 28, 2007         ROPERS, MAJESKI, KOHN & BENTLEY

3                                                 By: /s/
4                                                 PAMELA E. COGAN
                                                  KATHRYN C. CURRY
5                                                 JOANN BABIAK
                                                  Attorneys for Defendant
6                                                 LIBERTY LIFE ASSURANCE
                                                  COMPANY OF BOSTON

9                                    **ORDER**

12      PURSUANT TO STIPULATION IT IS HEREBY ORDERED that this action is
13  dismissed with prejudice. Each party shall bear its own fees and costs.

14  Date: 1/4/2008                     /s/
15                                     HONORABLE MARTIN J. JENKINS
                                       UNITED STATES DISTRICT COURT JUDGE

RC1/5023320.1/JUB                          - 2 -         STIPULATION AND PROPOSED ORDER OF DISMISSAL -
                                                                                    C0c074705 MJJ